# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DEBORAH A. HYATT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00035-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE CO. | ) | |
| OF AMERICA, THERMO FISHER | ) | |
| SCIENTIFIC, INC., HEALTH & | ) | |
| WELFARE PLAN, and THERMO | ) | |
| FISHER SCIENTIFIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2014 Memorandum of Decision and Order.

October 31, 2014

Frank G. Johns, Clerk
United States District Court